FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME JULIUS BROWN SR., <br><br> Plaintiff, <br><br> v. <br><br> SHERYL WALTER, et al., <br><br> Defendants. | NO: 2:18-CV-320-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by Magistrate Judge John T. Rodgers, ECF No. 2, recommending that *pro se* Plaintiff Jerome Julius Brown Sr.'s case be dismissed without prejudice due to Plaintiff's failure to pay the filing fee or apply to proceed *in forma pauperis*. No objection was filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 2**, is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to Plaintiff, and **close this case**.

**DATED** November 28, 2018.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        United States District Judge